IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:12-cr-965-CRI |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| **MICHAEL JOHN RATLEY** | ) | **(Dismissing Indictment)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:12-cr-965-CRI, filed December 18, 2012 against the Defendant, **MICHAEL JOHN RATLEY**, be and the same is hereby dismissed without prejudice.

November 21, 2017  s/ R. Bryan Harwell
Florence, South Carolina  R. Bryan Harwell
United States District Judge